COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Steven Felix Angelet (J)#          CASE NO: 00-6135-CR Ferguson
~~00-4107-BSS~~

AUSA: ~~J~~ Roger Powell              ATTNY: Manny Vazquez (temp)*

AGENT: _____          VIOL: _permanent_

PROCEEDING: PTD Hearing. /Inv/         BOND REC: _____

BOND HEARING HELD - yes/no        COUNSEL APPOINTED: _____

BOND SET @ $250,000 corp Surety w/ nebbia

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
MAY 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
___ Electronic Monitoring

Ct. does not have jurisdiction — ∴ the Ct. will not proceed until it has rec'd information that this is/RE case because order of removal signed in 00-2747-M- Sullivan. Ct. will reconvene at 2:00pm.

*recalled — No Bond hrg held — Both sides stipulate to a $250,000 corp. surety w/ Nebbia reserving right to proceed with PTD hearing at a later date.

NEXT COURT APPEARANCE:   DATE:        TIME:       JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. ~~XXX~~ REMOVAL: 6-1-00    11:00    SNOW
STATUS CONFERENCE: _____

DATE: 5-18-00   TIME: 10:30am   TAPE # 00-043   PG # 4

2:00pm
1192-1800
0014.568-635
6