-cr-06135-WDF    Document ?    Entered on FLSD Docket 05/19/2000    P

MAY 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6135-CR-Ferguson

UNITED STATES OF AMERICA

vs

Steven Felix Angelet

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry
Seltzer on 5-18-00, where the Defendant was arraigned and
plea of NOT GUILTY was entered. Defendant and co~~XXXX~~appointed/retain
counsel of record will be noticed for trial by the District Court Jud
assigned to this case. The following information is current as of this dat

DEFENDANT:           Address: In Custody

                     Telephone:

DEFENSE COUNSEL:     Name: Manny Vazquez

                     Address:

                     Telephone:

BOND SET/CONTINUED:  $ Stip. $250,000 Corp. Surety w/nebbia
                     reserving right to PTD hearing

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this 18 day of May, 20 00.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK

By: _____
    Deputy Clerk

Tape No. CC C43

cc: Clerk for Judge
    U. S. Attorney