UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _00-6135-Ce-Ferguson_

UNITED STATES OF AMERICA,

RECEIVED & FILED IN OPEN COURT
5-18-00 AT FLA.
Carlos Juenke, Clerk
United States District Court
Southern District of Florida

v.

STeven Felix ANGELET

**NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD**

COMES NOW _MANUEL VAZQUEZ_, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: _5-18-00_

Attorney _Manuel Vazquez_
Address _2615 Lejeune Rd 502_
City _Coral Gables_ State _Fl_ Zip _33134_
Telephone _305-445-3344_
Florida Bar No. _132826_

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_Steven Angelet_

8