# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

STEVEN FELIX ANGELET

## WARRANT FOR ARREST

CASE NUMBER: 00-4107-Seltzer

CC-6135-CK-WUF

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **STEVEN FELIX ANGELET** _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

| |Indictment | | |Information | X |Complaint | | |Order of court | | |Violation Notice | | |Probation Violation Petition

charging him or her with (brief description of offense)

**CONSPIRACY TO IMPORT COCAINE AND POSSESSION WITH INTENT TO DISTRIBUTE COCAINE**

in violation of Title **21** United States Code, Section(s) **952, 963 and 841(a)(1)**

**BARRY S. SELTZER**
Name of Issuing Officer

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

_(signature)_
Issuing Officer

May 12, 2000 - Ft. Lauderdale
Date and Location

Bail fixed at $ **PRETRIAL DETENTION**

by **UNITED STATES MAGISTRATE JUDGE**
**BARRY S. SELTZER**
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

Miami, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/12/2000 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | |
| 5/16/2000 | FOR: DEA | Fred Depompa, SDUSM |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: STEVEN FELIX ANGELET
ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: DEA, 1475 W. CYPRESS CREEK RD., STE. 301, FT. LAUDERDALE, FL 33309