UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6135-CR-FERGUSON

UNITED STATES OF AMERICA

vs.

STEVEN FELIX ANGELET
a/k/a "Ulysses,"

Defendant.
_____/



### EMERGENCY MOTION TO STAY ORDER OF REMOVAL TO BALTIMORE, MD.

The Defendant Steven Felix Angelet files this his Emergency Motion to Stay Order of Removal to Baltimore, MD and says:

1. On May 14, 2000 at 10:00 a.m. the Defendant appeared before U.S. Magistrate Turnoff Case No.:_____ for a Removal Hearing to the U.S. District Court of Maryland under an indictment from that Jurisdiction.

2. On the same date at 2:00 p.m. the Defendant made his first appearance in this case also before U.S. Magistrate Turnoff.

3. On that day both Counsel for the Defendant and the A.U.S.A. requested the Court to stay the order of removal to Maryland until the present case was resolved here in this Jurisdiction.

4. It is possible that the Maryland case may be resolved by way of a Rule 20 plea.

5. Inadvertently Magistrate Turnoff signed an Order of Removal but did not stay the said Order as requested.

6. The Government through A.U.S.A. Roger Powell stipulates to the entry of an Order Staying the Removal of the Defendant to Maryland until this case is resolved.



WHEREFORE the Defendant prays for an Order Staying the Removal Order in Magistrate Case No. _____ before removal to Maryland.

_____
Manuel Vazquez, Esq.
Florida Bar No. 132826

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered to A.U.S.A. Roger Powell this 17th day of May, 2000.

_____
Manuel Vazquez, Esq.
Manuel Vazquez, P.A.
500 Gables International Plaza
2655 LeJeune Road
Coral Gables, FL 33134
Tel: 305-445-2344
Fax: 305-445-4404