UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6135-CR-FERGUSON

UNITED STATES OF AMERICA

vs.

STEVEN FELIX ANGELET
a/k/a "Ulysses."

Defendant.
_____/

## ORDER STAYING THE ORDER OF REMOVAL TO MARYLAND

This Cause was heard upon the Defendant's Emergency Motion to Stay Order of Removal to Baltimore, Maryland and after being advised in the premises it is hereby ORDERED and ADJUDGED that,

1. The Emergency Motion is granted.

2. The Removal of the Defendant Steven Felix Angelet to Maryland under Magistrate Case No. 00-2747-O Sullivan is stayed for a period of sixty days pending the resolution of this case.

Done and Ordered in Ft. Lauderdale, FL this 18th day of May, 2000.

Wilkie Ferguson
U.S. District Judge

cc: A.U.S.A. Roger Powell
Manuel Vazquez, Esq.
U. S. Marshall's