UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6135-CR-FERGUSON

UNITED STATES OF AMERICA,

PLAINTIFF,

v.

STEVEN FELIX ANGELET,

DEFENDANT.
_____/

**GOVERNMENT'S SECOND SUPPLEMENTAL
RESPONSE TO THE STANDING DISCOVERY ORDER**

The United States hereby files this Second Supplemental response to the Standing Discovery

Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure

16, and is numbered to correspond with Local Rule 88.10.

A.   5.   Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney, 500 E. Broward Blvd., Fort Lauderdale, Florida, Suite 700.

The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.



  (1) Criminal History- Perdomo - numbered 00116 - 00119
  (2) Photographs - numbered 00120 - 00126

The attachments to this response are numbered pages 00116 - 00126. Please contact the undersigned Assistant United States Attorney if any pages are missing.

       Respectfully submitted,

       THOMAS E. SCOTT
       UNITED STATES ATTORNEY

    By: *[signature]*
       ROGER W. POWELL
       ASSISTANT UNITED STATES ATTORNEY
       Florida Bar No.341411
       500 E. Broward Blvd., Suite 700
       Fort Lauderdale, Florida 33394
       Tel:(954)356-7255; Fax:356-7336

cc: Special Agent Jeff Kallal,
   DEA

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 26th day of May, 2000 to:

  Mr. Manuel Vazquez, Esq.
  Attorney for Defendant Angelet
  2655 Le June Road
  Coral Gables, FL 33134

       *[signature]*
       ROGER W. POWELL
       ASSISTANT U.S. ATTORNEY

2