-cr-06135-WDF    Document 19    Entered on FLSD Docket 06/05/2000

HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __CARLOS COLMENARES__         CASE NO: __00-6132-CR-FERGUSON__
AUSA __LYNN ROSENTHAL__             ATTY __JOAQUIN PEREZ__    00-028

Trial set July 3
June 26 Cal call                                          @ 4:00

DEFT __IRVINGS SPIKES__             CASE NO: __99-6068-CR-ROETTGER__
AUSA ~~DAVID CORA~~ Thompson /Nicholson ATTY FPD - Daryl Wilcox  09/02

Disc out - no motions pending
Cnsl has not rec'd disc yet. June 16    @ 2932
for motions. possible plea

DEFT __KENELY TESTAMARK__           CASE NO: __00-6121-CR-FERGUSON__
AUSA __LARRY BARDFELD__ /Nicholson ATTY FPD - Wilcox for Bidwill

Disc out - no pending motions
Possible plea                                             @ 3005

DEFT __BRUCE JOHNSON__              CASE NO: __00-6116-CR-DIMITROULEAS__
AUSA __STEVE PETRI__ /Bardfeld      ATTY FPD   Day / Smargon

Disc out / possible plea
No pending motions                                        @ 3598

DEFT __STEVEN FELIX ANGELET__       CASE NO: __00-6135-CR-FERGUSON__
AUSA __ROGER POWELL__ /Bardfeld     ATTY __MANNY VAZQUEZ__

Disc out - no pending motions                             00-028
possible plea                                             14

DEFT __THOMAS JARRETT STRINGER__    CASE NO: __00-6133-CR-DIMITROULEAS__
AUSA __ROGER POWELL__ /Bardfeld     ATTY FPD   Day / Smargon

Disc out - possible plea
                                                          @ 33

DATE __JUNE 1, 2000__               TIME __11:00__