RECD by D.C.
DKTG
JUN 1 3 1999
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6135-CR-FERGUSON

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

STEVEN FELIX ANGELET, :

    Defendant. :

FILED by ___ D.C.
JUN - 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**STATUS REPORT**

    A status conference was held in this cause on June 1, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. This case likely will be resolved by way of a plea.

    DATED at Fort Lauderdale, Florida, this 1st day of June, 2000.

    *Lurana S. Snow*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Roger Powell (FTL)
Manuel Vazquez, Esq.