UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6135-CR-FERGUSON

UNITED STATES OF AMERICA,

PLAINTIFF,

v.

STEVEN FELIX ANGELET,

DEFENDANT.
_____/



### GOVERNMENT'S FOURTH SUPPLEMENTAL
### RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this Fourth Supplemental response to the Standing Discovery

Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure

16, and is numbered to correspond with Local Rule 88.10.

    A.    5.    Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney, 500 E. Broward Blvd., Fort Lauderdale, Florida, Suite 700.

    The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

        (1)    documents seized from defendant Duarte - numbered 00131 - 00133

        (2)    documents seized from defendant Perdomo - numbered 00134 - 00154



The attachments to this response are numbered pages 00131 - 00154 . Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

GUY A. LEWIS
ACTING UNITED STATES ATTORNEY

By_____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.341411
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel (954)356-7255; Fax:356-7336

cc    Special Agent Jeff Kallal,
DEA

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United

States mail this 21st day of June, 2000 to:

Mr. Manuel Vazquez, Esq.
Attorney for Defendant Angelet
2655 Le June Road
Coral Gables, FL  33134

ROGER W. POWELL
ASSISTANT U.S. ATTORNEY

2