**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.

JUL 1 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE ___WILKIE D. FERGUSON, JR.___ Presiding

Case No. _CO-6135-CR_    Date: _7-10-2000_

Clerk: _Valerie Chumphins_    Reporter: _Paul Haferling_

USPO: _____    Interpreter: _None_

**UNITED STATES OF AMERICA vs.** _Steven Angelet_

AUSA: _Roger Powell_

Defendant(s) Counsel: _Manuel Vasquez_

Defendant(s)  Present___  Not Present_X_  In Custody___

Reason for hearing: _Calendar Call_

Result of hearing: _____

Case Continued to: _9-18-00_ Time: _3:15_  ~~A~~.M. For: _Change of Plea_

24