UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6135-CR-WDF

UNITED STATES OF AMERICA,,
    Plaintiff,

Vs.

STEVEN ANGELET,

    Defendant.
_____/

JUL 14 2000

## ORDER

**PLEASE TAKE NOTICE** that this matter has been set for a **Change of Plea,** on **Friday, September 15, 2000** at **10:30 a.m.**, before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, Federal Courthouse, 299 East Broward Boulevard, Second Floor, Courtroom 207A, Fort Lauderdale, Florida.

**DONE AND ORDERED** at Fort Lauderdale, Florida this _12 7th_ day of July 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

cc:
Roger Powell, AUSA
Manuel Vasquez, Esq

