UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Nos. 00-6236-CR-DIMITROULEAS
00-6135-CR-FERGUSON

UNITED STATES OF AMERICA

v.

STEVEN F. ANGELET,

Defendant
_____/

**NIGHT BOX
FILED**

SEP 1 5 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### GOVERNMENT'S MOTION TO CONSOLIDATE
### INDICTMENTS FOR PLEA AND SENTENCING

COMES NOW the United States of America, by and through its undersigned attorney, and requests that the Indictment in United States v. Steven F. Angelet, Case No. 00-6268-CR-DIMITROULEAS, be consolidated with the Indictment in United States v. Steven F. Angelet, Case No. 00-6135-CR-FERGUSON, for a plea of guilty and sentencing pursuant to Rules 8 and 13 of the Federal Rules of Criminal Procedure and Rule 3.9(c) of the Local Rules of the United States District Court for the Southern District of Florida. In support of this Motion, the Government states the following:

1. In United States v. Steven F. Angelet, Case No. 00-6135-CR-FERGUSON, the defendant is charged with possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841.

2. In the instant matter, United States v. Steven F. Angelet, Case No. 00-6268-CR-DIMITROULEAS, the defendant is also charged



with possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841.

3. Both of the indictments are inextricably intertwined since each requires similar evidence that the defendant engaged in the distribution of controlled substances.

4. The defendant agreed to stay removal to the other Federal District and transfer his other charge pursuant to Rule 20 into the Southern District of Florida and will enter a voluntary plea of guilty to both indictments charging him with these drug offenses. The undersigned has conferred with counsel for the Defendant, Mr. Manuel Vazquez, who also joins in the Government's Motion to Consolidate these cases.

5. All discovery for the possession with intent to distribute a controlled substance offense has previously been provided to the defense in <u>United States v. Steven F. Angelet</u>, Case No. 00-6135-CR-FERGUSON.

6. Under Local Rule 3.9(c), whenever an action or proceeding is filed in the court which involves subject matter which is a material part of the subject matter of another action or proceeding pending before the Court, or which would involve duplication of judicial effort if heard by a different judge, the judges involved must determine whether the newly-filed action should be transferred to the judge to whom the low-numbered action or proceeding is assigned.

7. On May 17th, 2000, U.S. District Judge Wilkie D. Ferguson was advised of the above-referenced facts, and if this Honorable Court concurs, agreed to accept the consolidation for plea and sentencing purposes.

**WHEREFORE**, the United States respectfully requests that the Indictment in <u>United States v. Steven F. Angelet</u>, Case No. 00-6268-CR-DIMITROULEAS, be consolidated with the Indictment in <u>United States v. Steven F. Angelet</u>, Case No. 00-6135-CR-FERGUSON, for plea and sentencing.

    Respectfully submitted,

    GUY A. LEWIS
    UNITED STATES ATTORNEY

By: *Roger W. Powell*
    ROGER W. POWELL
    ASSISTANT UNITED STATES ATTORNEY
    Florida Bar No.341411
    500 E. Broward Blvd., Suite 700
    Fort Lauderdale, Florida 33394
    Tel:(954)356-7255; Fax:356-7336

cc: Special Agent Ken Becker
    DEA

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 15th day of September 2000 to:

>Mr. Manuel Vazquez, Esq.
>Attorney for Defendant Angelet
>2655 Le June Road
>Coral Gables, FL  33134

*Roger W. Powell*
ROGER W. POWELL
ASSISTANT U.S. ATTORNEY