UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 6135 CR FERGUSON

UNITED STATES OF AMERICA,

   Plaintiff,

-vs-

STEVEN FELIX ANGELET,

   Defendant.

_____/



## EMERGENCY MOTION TO ATTEND
## MOTHER'S FUNERAL

The Defendant, STEVEN FELIX ANGELET files his Emergency Motion to Attend his Mother's Funeral and in support states:

1. The Defendant is presently being held at the Federal Detention Center, under number 95930-004 in Unit F 10W.

2. His mother, EMILIA VEGA died on Sunday, March 11, 2001, at 4:30 p.m. and funeral services are being handled by Bernardo Garcia Brake Funeral Home, located at 8215 Bird Road, Miami, Florida.

3. The scheduled time for the wake on Tuesday, March 13, 2001, is 4:00 p.m. at the said Bernardo Garcia Brake Funeral Home.

4. Defendant is desirous of attending his mother's funeral in view of the fact that the burial of his mother has been arranged to be in New York.

5. This Motion is presented in good faith and not for any other purpose than those expressed herein.

WHEREFORE, Defendant prays that this Court will grant Defendant his Emergency Motion to Attend His Mother's Funeral at Bernardo Garcia Brake

1

·cr-06135-WDF ɴᴛɪᴇᴅ ꜱᴛᴀᴛᴇꜱ ᴏꜰ ᴀᴍᴇʀɪᴄᴀ ᴠ. ꜱᴛᴇᴠᴇɴ ꜰ. ᴀɴɢᴇʟᴇᴛ Document 31 Entered on FLSD Docket 03/13/2001 F
ᴄᴀꜱᴇ ɴᴏ. 00-6135-ᴄʀ-ꜰᴇʀɢᴜꜱᴏɴ
Emergency Motion to Attend Mother's Funeral

Funeral Home, on Tuesday, March 13, 2001, at 4:00 p.m. and arrange for an escort with the United States Marshall's office.

I HEREBY CERTIFY that a true copy of the above was provided via facsimile number 1-954-356-7336 to ROGER W. POWELL, ESQ., A.U.S.A., 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, FL 33301, this 12th day of March, 2001.

> LAW OFFICES OF MANUEL VAZQUEZ, P.A.
> Attorney for Defendant, ANGELET
> 2655 LeJeune Road
> 502 Gables International Plaza
> Coral Gables, FL 33134
> Tel. No.: 305 445 2344
> Fax. No. 305 445 4404

> By _____
> MANUEL VAZQUEZ, ESQ.
> FL BAR NO 132826
> By LESTER G. KATES, ESQ.
> FL BAR NO 181606

**MANUEL VAZQUEZ, P.A.**

GABLES INTERNATIONAL PLAZA
SUITE 503
2655 LE JEUNE ROAD
TELEPHONE: (305) 445-2344          **CORAL GABLES, FL 33134**          FACSIMILE: (305) 445-4404

March 12, 2001

**Via Hand Delivery**

The Hon. Wilkie D. Ferguson
U.S. District Judge
299 East Broward Boulevard
Room 207
Fort Lauderdale, FL

Re:    United States of America -vs- Steven F. Angelet
       Case No. 00 6135 CR Ferguson

Your Honor:

In Mr. Vazquez's absence, the undersigned has prepared an Emergency Motion to Attend Mother's Funeral for Inmate Steven F. Angelet, No. 95930-004 presently being held at Federal Detention Center. It appears that his mother, Emilia Vega passed away, Sunday, March 11, 2001, and her funeral will be held on Tuesday, March 13, 2001, starting at 4:00 p.m. at Bernardo Garcia Brake Funeral Home. The inmate is desirous of attending his mother's funeral service, in view of the fact that she will be buried in New York.

His family will deliver the motion for the purpose of expediting this process. They are aware that should the Court grant this motion they will have to pay for the escort service provided by the U.S. Marshall.

Should you need to contact Mr. Vazquez's office staff, please do so at 305-773-4878.

Respectfully submitted,

LESTER G. KATES, ESQ. for
MANUEL VAZQUEZ

MV/cmv
Encl: