UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 6135 CR FERGUSON

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

STEVEN FELIX ANGELET,

Defendant.
_____/



It is ORDERED that this Motion is hereby GRANTED ON CONDITION THAT DEFENDANT PAY COSTS

Wilkie D. Ferguson, Jr.
03/12/01
DATE

### EMERGENCY MOTION TO ATTEND MOTHER'S FUNERAL

The Defendant, STEVEN FELIX ANGELET files his Emergency Motion to Attend his Mother's Funeral and in support states:

1. The Defendant is presently being held at the Federal Detention Center, under number 95930-004 in Unit F 10W.

2. His mother, EMILIA VEGA died on Sunday, March 11, 2001, at 4:30 p.m. and funeral services are being handled by Bernardo Garcia Brake Funeral Home, located at 8215 Bird Road, Miami, Florida.

3. The scheduled time for the wake on Tuesday, March 13, 2001, is 4:00 p.m. at the said Bernardo Garcia Brake Funeral Home.

4. Defendant is desirous of attending his mother's funeral in view of the fact that the burial of his mother has been arranged to be in New York.

5. This Motion is presented in good faith and not for any other purpose than those expressed herein.

WHEREFORE, Defendant prays that this Court will grant Defendant his Emergency Motion to Attend His Mother's Funeral at Bernardo Garcia Brake



1