FILED by _____ D.C.
MAR 2 _ 2001

**SENTENCING MINUTES**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA    00-6268-CR-WDF

CASE # 00-6135-CR-WDF ✓

DEFENDANT Steven Angelet         JUDGE   WILKIE D. FERGUSON

Deputy Clerk  TROY T. WALKER     DATE  March 22, 2001

Court Reporter  ~~Paul Haferling~~ Bryan    USPO  F. Weisberg

AUSA  Roger Powell               Deft's Counsel  Manuel Vazquez

COUNTS DISMISSED   All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

Rsg lt to appeal

**JUDGMENT AND SENTENCE**

Imprisonment    Years    Months  135    Counts  one

Supervised Release  5 yrs  (see J&C for details)

Probation    Years    Months    Counts

Comments _____

Assessment $ 100.00             Fine $ _____

Restitution /Other _____

**CUSTODY**
✓ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: That the defendant is incarcerated in South Florida